UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**                                                                                          **PLAINTIFF**
**ADC #149998**

v.                              Case No.   2:21-cv-00148-KGB-JTR

**TESSANE S. PARKER, Corporal,**
**East Arkansas Regional Unit, ADC**, *et al*.                                                  **DEFENDANTS**

## ORDER

Before the Court is plaintiff Jarell D. Terry's motion for voluntary dismissal (Dkt. No. 5). Mr. Terry states that he seeks voluntary dismissal under Federal Rule of Civil Procedure 41, "because working this suit will only cause emotional distress." (*Id.*). The Court grants Mr. Terry's motion and dismisses without prejudice his complaint (Dkt. Nos. 2; 5). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 22nd day of February, 2022.

_____
Kristine G. Baker
United States District Judge